IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN

GEORGE W. PERPICH, II, individually,
and derivatively on behalf of
GREAT LAKES MECHANICAL, INC.,

    Plaintiff,

v.

MARK PERPICH, an individual,
MAPLE INDUSTRIAL PARK, L.L.C.,
a Michigan corporation,
FAIRLANE LEASING CORP.,
a Michigan corporation, and
MECHANICAL PIPING AND PLUMBING INC.,
a Michigan corporation,
jointly and severally,

    Defendants.

Case No. 2:11-cv-13048
Hon. Lawrence Zatkoff
Mag. Michael Hluchaniuk

_____/

**Mantese Honigman Rossman**
**and Williamson, P.C.**
Gerard Mantese (P34424)
gmantese@manteselaw.com
Mark C. Rossman (P63034)
mrossman@manteselaw.com
Attorney for Plaintiff
1361 E. Big Beaver Road
Troy, MI 48083
(248) 457-9200 (telephone)
(248) 457-9201 (facsimile)
_____/

## NOTICE OF DISMISSAL WITH PREJUDICE

    PLEASE TAKE NOTICE that pursuant to F.R.C.P. 41(a)(1)(A)(i), the above-captioned litigation is dismissed with prejudice, and without costs or attorneys' fees to either party, as the parties hereto have resolved the claims asserted in the above-captioned litigation, which may not be re-asserted in this or any subsequent litigation.

Pursuant to F.R.C.P. 41(a)(1)(B), this Notice shall serve as dismissal with prejudice by so stating herein.

Respectfully submitted,

**MANTESE HONIGMAN ROSSMAN AND WILLIAMSON, P.C.**
Attorneys for Plaintiff

By: s/Gerard Mantese
Gerard V. Mantese (P34424)
gmantese@manteselaw.com
Mark C. Rossman (P63034)
mrossman@manteselaw.com
1361 E. Big Beaver Rd.
Troy, Michigan 48083
(248) 457-9200

Dated:  August 31, 2011

## CERTIFICATE OF SERVICE

I hereby certify that on August 31, 2011, I electronically filed the foregoing papers with the Clerk of the Court using the ECF system which will send electronic notices of same to all counsel of record.

s/Sherri Sikorski
ssikorski@manteselaw.com
Mantese Honigman Rossman
and Williamson, P.C.
1361 E. Big Beaver Rd.
Troy, MI 48083
(248) 457-9200